# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1443
_____

CHRISTOPHER SHERMAINE
PETERSON,

      Appellant,

      v.

STATE OF FLORIDA, Department
of Revenue, Child Support
Program and MARCIA RENE
WILLIAMS,

      Appellees.

_____


On appeal from the Department of Revenue, Child Support
Program.
Robert L. Kilbride, Judge.


June 24, 2026

PER CURIAM.

      We accept the confession of error. REVERSED and REMANDED
to the State of Florida, Department of Revenue for further
proceedings consistent with Appellant's opt-out request filed
pursuant to section 409.2563(2)(i), Florida Statutes (2025).

BILBREY, NORDBY, and TREADWELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Christopher Shermaine Peterson, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for Appellees.